UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KRISTIE HILTON, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BROOKS COUNTY SCHOOLS, et. al., )<br>)<br>Defendants. )<br>) | Civil Action File No.<br>7:20-cv-00227-HL |

**ORDER**

Before the Court is the parties' Joint Motion for Modification of Scheduling Order. (Doc. 16). Discovery in this case is scheduled to expire on November 17, 2021. Despite the parties' efforts to complete written discovery and to schedule depositions, the parties state they will not be able to complete the discovery process by the November deadline. The parties accordingly request that the Court extend the time to complete discovery through January 17, 2022. Additionally, the parties seek to conduct any remaining discovery in phases. The parties propose to finish any remaining fact discovery by January 2022 and ask for an additional phase of expert discovery.

Upon consideration, the Court **GRANTS** in part and **DENIES** in part the parties' motion. The Court agrees to extend the time to complete discovery through January 17, 2022. However, the Court **DENIES** the parties' request for a separate period of expert discovery. The parties are directed to complete all discovery by January 17, 2022. The Court also **DENIES** the parties' request for a protracted period of time in which to submit any dispositive motions. Dispositive and <u>Daubert</u> motions shall be filed by not later than February 17, 2022. The standard briefing schedule shall apply.

Ordered this 22nd day of September, 2021.

                                                s/Hugh Lawson
                                                Hugh Lawson, Senior Judge