# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **KRISTIE HILTON,**<br><br>　　Plaintiff,<br>v.<br><br>**BROOKS COUNTY SCHOOLS, et al.**,<br><br>　　Defendants. | Civil Action No. 7:20-CV-227 (HL) |

## ORDER

Upon consideration of the parties' Joint Motion for Leave to Conduct Remote Depositions Due to Recent COVID Emergencies surrounding the Witnesses, and for good cause shown the Joint Motion is GRANTED. To comply with the Court's January 21 Order requiring the parties to conduct any further depositions in Macon, counsel for both parties shall report to the Macon Courthouse to conduct the depositions of Marcus Richardson, Kylee Burns, Carrie Gay, and Kristie Hilton remotely.

**IT IS SO ORDERED** this 27th day of January, 2022.

　　　　　　　　　　　　　　　　　　　　 */s/ Hugh Lawson*
　　　　　　　　　　　　　　　　　　　　**Hugh Lawson, Senior Judge**